Order filed November 6, 2018



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00784-CV
_____

### GLENN HERBERT JOHNSON, Appellant

### V.

### HARRIS COUNTY; CITY OF HOUSTON; HOUSTON INDEPENDENT SCHOOL DISTRICT;, ET AL, Appellees

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2017-71003**

## ORDER

Appellant filed an affidavit of indigence in the trial court. Texas Rule of Appellate Procedure 20.1(b)(1) provides that when a statement of inability to afford payment of costs was filed in the trial court, the party's indigence status in the trial court carries forward on appeal.

The clerk's record has not been filed in this appeal. This court is unaware whether the trial court ordered appellant to pay costs pursuant to Texas Rule of Civil

Procedure 145. To determine appellant's indigent status, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **November 21, 2018.** The **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellant's statement of inability to afford payment of costs; **(5)** the contest(s) to the statement, if any; **(6)** the trial court's order ruling on any contest; and **(7)** any other documents pertaining to the claim of indigence and the contests thereto.

PER CURIAM